

08-CV-05216-ORD

Honorable Robert J. Bryan

FILED _____ LODGED
_____ RECEIVED
MAR 16 2009
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
                                        DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BRIAN FERGUSON and REBECCA JO FERGUSON,

    Plaintiffs,

v.

MONSANTO COMPANY, et al.,

    Defendants.

No. C08-5216 RJB

STIPULATED MOTION AND ORDER EXTENDING TIME FOR DEFENDANT TRANSAMMONIA, INC. TO RESPOND TO COMPLAINT

NOTED FOR: MARCH 13, 2009

Whereas, plaintiffs Brian Ferguson and Rebecca Jo Ferguson and defendant Transammonia, Inc. notify the parties and the court that they have agreed as set out below:

### Stipulation

Having met and conferred on the need for counsel to have more time to respond to the complaint, plaintiffs and defendant Transammonia, Inc. jointly apply to this court for an order extending the deadline for defendant Transammonia, Inc. to answer or otherwise respond to plaintiff's initial complaint in this action to April 15, 2009 pursuant to FRCP 6(b).

Dated this 13th day of March, 2009.

---

STIPULATED MOTION AND ORDER EXTENDING
TIME FOR DEFENDANT TRANSAMMONIA, INC.
TO RESPOND TO COMPLAINT - 1
G:\Docs\1221\2210\PLD\STIPULATED MOTION & ORDER EXTENDING TIME TO RESPOND TO COMPLAINT.doc

THORSRUD CANE & PAULICH
A PROFESSIONAL SERVICE CORPORATION
1300 PUGET SOUND PLAZA
1325 FOURTH AVENUE
SEATTLE, WA 98101
(206) 386-7755

STIPULATED TO AND PRESENTED BY:

_____
Patrick M. Paulich, WSBA #10951
THORSRUD CANE & PAULICH
1325 Fourth Avenue, Suite 1300
Seattle, WA 98101
206.386.7755
FAX: 206.386.7795
email: ppaulich@tcplaw.com
Attorneys for Defendant Transammonia, Inc.


STIPULATED TO BY:

_____ FOR CLAYTON KENT
Clayton W. Kent                  PER EMAIL AUTHORIZATION
Jane E. Vetto                    3/13/09
Brayton & Purcell LLP
Columbia Square Building
111 SW Columbia Street, Suite 250
Portland, OR 97201
1.503.295.4931
FAX: 1.241.2573
email: ckent@braytonlaw.com
Attorneys for Plaintiffs

## Order

IT IS SO ORDERED.

DATED this __16__ day of March, 2009.

_____
Honorable Robert J. Bryan
United States District Judge

STIPULATED MOTION AND ORDER EXTENDING
TIME FOR DEFENDANT TRANSAMMONIA, INC.
TO RESPOND TO COMPLAINT - 2
G:\Docs\122\2210\PLD\STIPULATED MOTION & ORDER EXTENDING TIME TO
RESPOND TO COMPLAINT.doc

THORSRUD CANE & PAULICH
A PROFESSIONAL SERVICE CORPORATION

1300 PUGET SOUND PLAZA
1325 FOURTH AVENUE
SEATTLE, WA 98101
(206) 386-7755

# CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2011 electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Counsel for Plaintiffs:

Clayton W. Kent
Jane E. Vetto
Brayton Purcell, LLP
111 SW Columbia Street, Suite 250
Portland, OR 97201
email: ckent@braytonlaw.com

Counsel for Def/Monsanto Co.:

Colleen O'Brien
Jason Levin
Lawrence P. Riff
Steptoe & Johnson
633 W. 5th Street, Suite 700
Los Angeles, CA 90071
1.213.439.9425
email: cobrien@steptoe.com
       jlevin@steptoe.com
       lriff@steptoe.com

Michael Runyan
Lane Powell
1420 Fifth Avenue, Suite 4100
Seattle, WA 98101-2338
206.223.7000
FAX: 223.7107
email: runyanm@lanepowell.com

Counsel for Def/3M Company:

Christopher W. Tompkins
Laura E. Kruse
Betts Patterson & Mines
701 Pike Street, Suite 1400
Seattle, WA 98101-3927
206.292.9988
FAX: 343.7053
email: ctompkins@bpmlaw.com
       lkruse@bpmlaw.com

STIPULATED MOTION AND ORDER EXTENDING
TIME FOR DEFENDANT TRANSAMMONIA, INC.
TO RESPOND TO COMPLAINT - 3
G:\Docs\122\2210\PLD\STIPULATED MOTION & ORDER EXTENDING TIME TO
RESPOND TO COMPLAINT.doc

THORSRUD CANE & PAULICH
A PROFESSIONAL SERVICE CORPORATION
1300 PUGET SOUND PLAZA
1325 FOURTH AVENUE
SEATTLE, WA 98101
(206) 386-7755

Counsel for Def/Lyondell Chemical Co.:

Lawrence P. Riff
Steptoe & Johnson
633 W. 5th Street, Suite 700
Los Angeles, CA 90071
1.213.439.9425
email: lriff@steptoe.com

Counsel for Def/Hammond Lead Products, Inc.:

Harold Abrahamson
John P. Reed
Abrahamson, Reed & Bilse
200 Russell Street
Hammond, IN 46320
1.219.937.1500
email: Abrahamsonatlaw@aol.com
       Aralawfirm@aol.com

Timothy David Wackerbarth
Lane Powell
1420 Fifth Avenue, Suite 4100
Seattle, WA 98101-2338
206.223.7000
FAX: 206.223.7107
email: wackerbartht@lanepowell.com

Counsel for Def/Glidden Company:

Kelly P. Corr
William Harrison Walsh
Corr Cronin Michelson Baumgardner & Preece
1001 Fourth Avenue, Suite 3900
Seattle, WA 98154-1051
206.625.8600
FAX: 206.625.0900
email: Kcorr@corrcronin.com
       wwalsh@corrcronin.com

Counsel for Def/Dow Chemical Company:

Emily J. Brubaker
Kevin C. Baumgardner
Corr Cronin Michelson Baumgardner & Preece
1001 Fourth Avenue, Suite 3900
Seattle, WA 98154-1051
206.625.8600
FAX: 206.0900
email: ebrubaker@corrcronin.com
       kbaumgardner@corrcronin.com

STIPULATED MOTION AND ORDER EXTENDING
TIME FOR DEFENDANT TRANSAMMONIA, INC.
TO RESPOND TO COMPLAINT - 4
G:\Docs\122\2210\PLD\STIPULATED MOTION & ORDER EXTENDING TIME TO
RESPOND TO COMPLAINT.doc

THORSRUD CANE & PAULICH
A PROFESSIONAL SERVICE CORPORATION

1300 PUGET SOUND PLAZA
1325 FOURTH AVENUE
SEATTLE, WA 98101
(206) 386-7755