# United States District Court

WESTERN DISTRICT OF WASHINGTON

BRIAN FERGUSON and REBECCA JO FERGUSON

        v.

MONSANTO CO. et al.,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C08-5216RJB

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

All remaining Defendants, whether or not they have been served, are DISMISSED. This case is closed.

June 2, 2009

BRUCE RIFKIN
Clerk

/s/ Dara L. Kaleel
By Dara L. Kaleel, Deputy Clerk